IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 23-51696-BEM |
| MATTHEW RYAN STUCKE, | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | CHIEF JUDGE ELLIS-MONRO |
| | ) | |

## APPLICATION FOR APPOINTMENT OF ATTORNEYS

**COMES NOW**, S. Gregory Hays as the Chapter 7 Trustee (the "**Applicant**" "**Trustee**") in the bankruptcy case ("**Case**") of Matthew Ryan Stucke ("**Debtor**") and respectfully represents as follows:

1.

Applicant is the duly qualified and acting Trustee herein. To administer the Case in a proper, efficient, and economical manner, Applicant requires the services of legal counsel, and he wishes the law firm of Taylor English Duma LLP ("**Taylor English**") to be appointed to act as his attorneys in the Case.

2.

Said attorneys are admitted to practice in this Court, have knowledge and experience in bankruptcy practice and are well qualified to represent the Applicant. Attached as Exhibit "A" is the Bankruptcy Rule 2014 Verification of Taylor English.

3.

The hourly billing rates of the attorneys and paralegals who may render services in the Case are as follows:

| | | |
|---|---|---|
| 1. | Neil C. Gordon | $595.00 |
| 2. | John K. Rezac | $495.00 |
| 3. | Jason L. Pettie | $480.00 |
| 4. | Natalie Rowland | $425.00 |
| 5. | Daniel Weigel | $350.00 |

| | | |
|---|---|---|
| 6. | Pamela E. Bicknell | $260.00 |
| 7. | Angela G. Ford | $260.00 |

Depending on the need for particular experience or the exigencies of the Case, other attorneys may provide services. The above rates may be increased during the term of the proposed employment or if so awarded by the Court.

4.

It is necessary for the Trustee to employ counsel in this Case for the benefit of the bankruptcy estate of the Debtor (the "**Estate**"). This Case involves substantial preferential payments disclosed in the Statement of Financial Affairs. Counsel will be needed to pursue avoidance actions under 11 U.S.C. § 547.

5.

The professional services, which may be rendered for which it is necessary that an attorney act may also include:

(a) Preparation of pleadings and motions and conducting examinations incidental to the administration of the Estate;

(b) Services incidental to preservation and disposition of assets;

(c) Investigation, analysis, and appropriate action, if required, relative to any preference, fraudulent transfer, unperfected security interest, improper disposal of assets, prosecution of the Estate's claims, or pending litigation;

(d) Any and all other necessary action incident to the proper preservation and administration of the Estate.

6.

In order to expedite the marshalling of the Estate's assets, Taylor English has heretofore performed certain professional services for the Estate or plans to perform such services which may be rendered prior to the signing of any order upon this Application.

7.

To the best of Applicant's knowledge, Taylor English's acting as attorneys in the Case will be in the best interest of the Estate, because Applicant will be familiar with the Case and has extensive experience in representing chapter 7 trustees.

8.

To the best of Applicant's knowledge, Taylor English's acting as attorneys in the Case will be in the best interest of the Estate, Debtor, creditors, and other parties in interest. Except as otherwise disclosed herein and in the Bankruptcy Rule 2014 Verification of Neil C. Gordon, said firm does not hold or represent an interest adverse to the Estate, does not represent any creditor or other known interested party, and is a disinterest person under 11 U.S.C. § 327(a).

9.

Application purposes that Taylor English be compensated for its services in accordance with future orders of the Court based upon the criteria for professional compensation required by bankruptcy law.

WHEREFORE, Applicant prays that he be authorized to retain and appoint Taylor English as Trustee's attorneys in the Case and that such authorization continue if Taylor English assist any successor trustee.

This 20th day of July, 2023

Respectfully Submitted,

TAYLOR ENGLISH DUMA LLP

By: */s/ Neil C. Gordon*
Neil C. Gordon
Georgia Bar No. 302387
1600 Parkwood Circle, SE
Suite 200
Atlanta, Georgia 30339
Tele: (404) 640-5917
Email: ngordon@taylorenglish.com

Approved by:

CHAPTER 7 TRUSTEE

*/s/ S. Gregory Hays*
S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, Georgia 30305
Tele: (404) 926-0060

**EXHIBIT "A"**

**RULE 2014 VERIFICATION WITH REGARD TO EMPLOYMENT OF ATTORNEYS**

The undersigned hereby declares under penalty of perjury:

1. I am a partner with the law firm of Taylor English Duma LLP, with offices at 1600 Parkwood Circle SE, Suite 200, Atlanta, Georgia 30339 (the "**Firm**").

2. The Firm has been asked to represent S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") in the bankruptcy case of Matthew Ryan Stucke ("**Debtor**"). To the best of my knowledge, the Firm has no professional, business, or other connection with the aforementioned Debtor, his creditors, or any party in interest in this case, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, other than possible professional or social relationships or any such counsel or accountant who may also have served as a bankruptcy trustee for a different bankruptcy estate, or respective counsel or accountant to such estate. The Firm represents no interest which would be adverse to the estate of Debtor in connection with the matters upon which the Firm is to be engaged. Disclosure is made that the Firm has previously represented and does represent Trustee (in his capacity as a bankruptcy trustee) as a special or general counsel in unrelated matters.

3. The Firm will not expect or receive any compensation from the estate except upon application to and approval by the Bankruptcy Court after notice and hearing.

Dated this 20th day of July, 2023.

By: */s/ Neil C. Gordon*
Neil C. Gordon
State Bar No. 302387

SWORN TO AND SUBSCRIBED before
me this 20th day of January, 2023.

*/s/ Pamela E. Bicknell*
Pamela E. Bicknell
Notary Public
My commission expires: January 18, 2026

02614108-1

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing **TRUSTEE'S APPLICATION FOR APPOINTMENT OF ATTORNEYS** by depositing in the United States Mail, postage prepaid and addressed to:

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Will B. Geer
Rountree Leitman Klein & Geer, LLC
Century Plaza I, Suite 350
2987 Clairmont Road
Atlanta, GA 30329

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Matthew Ryan Stucke
12902 Donegal Lane
Milton, GA 30004-8104

This 24th day of July, 2023

*/s/ Neil C. Gordon*
Neil C. Gordon