UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In Re: | CASE NO. 23-51696-bem |
|---|---|
| MATTHEW RYAN STUCKE, Debtor. | CHAPTER 7 |

### AMENDMENT TO SCHEDULE A/B, STATEMENT OF FINANCIAL AFFAIRS, AND DECLARATION ABOUT AN INDIVIDUAL DEBTOR'S SCHEDULES

COMES NOW Matthew Ryan Stucke, Debtor in the above-referenced Chapter 7 case, and hereby amends:

Schedule A/B to add a 50% interest in ABR Interests, LLC

Statement of Financial Affairs, Question 27, to add ABR Interests, LLC.

Attached are the amended Schedule A/B, Statement of Financial Affairs, and Declaration About an Individual Debtor's Schedules.

Dated: August 4, 2023               **ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Caitlyn Powers*
Caitlyn Powers, Ga. Bar No. 856354
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cpowers@rlkglaw.com
*Attorneys for the Debtor*

1

# **CERTIFICATE OF SERVICE**

This is to certify that on August 3, 2023, I electronically filed the foregoing amended Schedule A/B, Statement of Financial Affairs, and Declaration About an Individual Debtor's Schedules with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing.

- **Heather D. Brown**    heather@hdbrownlaw.com
- **Will B. Geer**    wgeer@rlkglaw.com, notices@nextchapterbk.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;geer.willb117921@notify.bestcase.com;emiller@rlkglaw.com;swenger@rlkglaw.com
- **Neil C. Gordon**    aford@taylorenglish.com, pbicknell@taylorenglish.com
- **S. Gregory Hays**    ghays@haysconsulting.net, saskue@haysconsulting.net;GA32@ecfcbis.com
- **Lindsay P. S. Kolba**    lindsay.p.kolba@usdoj.gov
- **Office of the United States Trustee**    ustpregion21.at.ecf@usdoj.gov

Dated: August 4, 2023                     **ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Caitlyn Powers*
Caitlyn Powers, Ga. Bar No. 856354
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cpowers@rlkglaw.com
*Attorneys for the Debtor*

**Fill in this information to identify your case and this filing:**

Debtor 1: Matthew Ryan Stucke
(First Name, Middle Name, Last Name)

Debtor 2 (Spouse, if filing): _____
(First Name, Middle Name, Last Name)

United States Bankruptcy Court for the: Northern District of Georgia

Case number (if know): 23-51696

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

   1.1  12902 Donegal Lane
        Street address, if available, or other description

        Milton    GA    30004-8104
        City      State  ZIP Code

   **What is the property?** Check all that apply
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other_____

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?** $ 1,100,000.00
   **Current value of the portion you own?** $ 550,000.00

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   Joint tenant

   ☐ Check if this is community property

   Other information you wish to add about this item, such as local property identification number:

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................➤   $ 550,000.00

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   ☐ No
   ☑ Yes

Case 23-51696-bem   Doc 37   Filed 08/04/23   Entered 08/04/23 17:18:40   Desc Main
Document   Page 4 of 17

AMENDED

Debtor 1  Matthew Ryan Stucke
         First Name   Middle Name   Last Name

Case number *(if known)* 23-51696

3.1 Make: Ford
    Model: F150
    Year: 2021
    Approximate mileage: 12560
    Other information:
    Condition: Excellent;

**Who has an interest in the property?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*:

**Current value of the entire property?** $ 80,000.00

**Current value of the portion you own?** $ 80,000.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - [x] No
   - [ ] Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................. ▶  $ 80,000.00

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - [ ] No
   - [x] Yes. Describe...

   Household furniture and goods                                                     $ 5,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - [ ] No
   - [x] Yes. Describe...

   Household electronics (tv, computer monitor, apple watch, iphone, laptop, etc.)   $ 1,000.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - [ ] No
   - [x] Yes. Describe...

   Signed sports memorabilia                                                         $ 500.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - [ ] No
   - [x] Yes. Describe...

   Golf clubs                                                                        $ 500.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - [x] No
    - [ ] Yes. Describe...

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - [ ] No
    - [x] Yes. Describe...

    Clothes                                                                          $ 300.00

### 12. Jewelry

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☑ No
☐ Yes. Describe...

### 13. Non-farm animals

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe...

### 14. Any other personal and household items you did not already list, including any health aids you did not list

☑ No
☐ Yes. Give specific information...

### 15. Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here............................................................................................................▶  $7,300.00

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 16. Cash

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes.................................................................................................... Cash .......................... $ _____

### 17. Deposits of money

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...................    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Bank of America (Joint Checking) | $ 7,498.00 |
| 17.2. Checking account: | Bank of America (Business Checking Matt Stucke, LLC). | $ 2,886.00 |
| 17.3. Checking account: | Truist | $ 100.00 |
| 17.4. Checking account: | Truist (Business Account for Matt Stucke, LLC) | $ 1,000.00 |
| 17.5. Checking account: | US Bank | $ 50.00 |
| 17.6. Checking account: | JP Morgan | $ 0.50 |
| 17.7. Other financial account: | Coinbase | $ 3.05 |
| 17.8. Other financial account: | Venmo | $ 0.00 |
| 17.9. Other financial account: | Binance | $ 20.84 |
| 17.10. Savings account: | Bank of America (Business Account for Matt Stucke, LLC) | $ 171.00 |

### 18. Bonds, mutual funds, or publicly traded stocks

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes...................

Institution or issuer name:

| | |
|---|---|
| TD Ameritrade | $ 5,499.00 |
| TD Ameritrade | $ 0.00 |
| Raymond James | $ 4,100.00 |
| Cambridge | $ 0.00 |
| Joint Fidelity Brokerage | $ 4.96 |

Case 23-51696-bem    Doc 37    Filed 08/04/23    Entered 08/04/23 17:18:40    Desc Main
Document    Page 6 of 17

AMENDED

Debtor 1  Matthew Ryan Stucke
         First Name  Middle Name  Last Name

Case number *(if known)* 23-51696

| | |
|---|---|
| Joint Fidelity Brokerage (Cambridge) | $ 0.00 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific information about them...........

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | Matt Stucke, LLC | 100 % | $ Unknown |
    | ABR Interest, LLC | 50 % | $ 0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes......................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes......................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

    | | | |
    |---|---|---|
    | | Federal: | $ 0.00 |
    | | State: | $ 0.00 |
    | | Local: | $ 0.00 |

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information....

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information....

31. **Interests in insurance policies**

    ☐ No
    ☑ Yes. Name the insurance company of each policy and list its value....

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | Transamerica | | $ 4,059.26 |

32. **Any interest in property that is due you from someone who has died**

    ☑ No
    ☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    ☑ No
    ☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Give specific information....

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..................................................................................................................➤    $ 25,392.61

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................➤    $ 0.00

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** .................................................................................................. ▶   $ 550,000.00

56. **Part 2: Total vehicles, line 5**                              $ 80,000.00
57. **Part 3: Total personal and household items, line 15**        $ 7,300.00
58. **Part 4: Total financial assets, line 36**                    $ 25,392.61
59. **Part 5: Total business-related property, line 45**           $ 0.00
60. **Part 6: Total farm- and fishing-related property, line 52**  $ 0.00
61. **Part 7: Total other property not listed, line 54**         + $ 0.00

62. **Total personal property. Add lines 56 through 61** ...................   $ 112,692.61    Copy personal property total ▶    + $ 112,692.61

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                                                                  $ 662,692.61

AMENDED

**Fill in this information to identify your case:**

Debtor 1: Matthew Ryan Stucke

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Georgia

Case number (if know): 23-51696

☑ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy            4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**
- ☑ Married
- ☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**
- ☑ No
- ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
- ☑ No
- ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

### Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

- ☐ No
- ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply | Gross income (before deductions and exclusions) | Sources of income Check all that apply | Gross income (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips ☑ Operating a business | $ 36,287.31 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ _____ |
| **For last calendar year:** (January 1 to December 31, 2022) | ☑ Wages, commissions, bonuses, tips ☑ Operating a business | $ 323,350.06 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ _____ |
| **For the calendar year before that:** (January 1 to December 31, 2021) | ☑ Wages, commissions, bonuses, tips ☑ Operating a business | $ 82,340.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ _____ |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

Case 23-51696-bem    Doc 37    Filed 08/04/23    Entered 08/04/23 17:18:40    Desc Main
Document    Page 10 of 17

**AMENDED**

Debtor  Matthew Ryan Stucke
        First Name   Middle Name   Last Name

Case number *(if known)* 23-51696

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | $ _____ | _____ | _____ |
| **For last calendar year:** (January 1 to December 31, 2022) | _____ | $ _____ | _____ | _____ |
| **For the calendar year before that:** (January 1 to December 31, 2021) | IRA Distribution | $ 14,050.00 | _____ | _____ |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for…** |
|---|---|---|---|---|
| **SOFI** Creditor's Name **P.O. Box 654158** Number   Street **Dallas   TX      75265** City   State   ZIP Code | 12/22/22 | $ 31,635.65 | $ 465.78 | ☐ Mortgage ☐ Car ☐ Credit card ☑ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |
| **US Bank** Creditor's Name **Po Box 21948** Number   Street **Eagan   MN      55121** City   State   ZIP Code | 12/28/2022 | $ 93,604.39 | $ 0.00 | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☑ Other _____ |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 2 of 8

| Creditor | Date | Amount Paid | Amount Still Owed | Type |
|---|---|---|---|---|
| **American Express**<br>P.O. Box 981537<br>El Paso TX 79998-0000 | 12/28/2022 | $ 42,053.00 | $ 0.00 | ☑ Credit card |
| **US Bank**<br>Po Box 21948<br>Eagan MN 55121 | 01/01/2023<br>12/01/2022<br>11/01/2022 | $ 11,293.79 | $ 751,038.00 | ☑ Mortgage |
| **Bank of America**<br>P.O. Box 15026<br>Wilmington DE 19850-5026 | 12/28/2022 | $ 25,091.00 | $ 0.00 | ☑ Credit card |
| **Upgrade, Inc.**<br>Lbx#452210<br>PO Box 52210<br>Phoenix AZ 85072 | 12/28/2022 | $ 51,673.17 | $ 0.00 | ☑ Other ____ |
| **Lightstream**<br>303 Peachtree Street<br>Northeast<br>Atlanta GA 30308 | 12/28/2022 | $ 47,486.89 | $ 0.00 | ☑ Loan repayment |

7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider? *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?
Include payments on debts guaranteed or cosigned by an insider.

☐ No.
☑ Yes. List all payments that benefited an insider.

| Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|

Case 23-51696-bem  Doc 37  Filed 08/04/23  Entered 08/04/23 17:18:40  Desc Main
Document  Page 12 of 17

Debtor  Matthew Ryan Stucke
        First Name  Middle Name  Last Name

Case number (if known) 23-51696

**AMENDED**

| Creditor's Name | | Amount | Unpaid balance | Description |
|---|---|---|---|---|
| **Heidi Stucke** | | $ 15,672.00 | $ 0.00 | Wife's Car Payment |
| **Heidi Stucke** | | $ 3,600.00 | $ 0.00 | Daughter's car payment. |

### Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: Bankers Healthcare Group, LLC v. Matthew Stucke<br>Case number: 006824/2022 | Contract | SUPREME COURT OF THE STATE OF NEW YORK (Court Name) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: Matthew Stucke v. RAYMOND JAMES & ASSOCIATES, INC., DON DUSAN MILICH, AND TIMOTHY MARTIN HOLCOMBE<br>Case number: | Arbitration | FINRA Dispute Resolution (Court Name) | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

### Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

Debtor  Matthew Ryan Stucke  Case number *(if known)* 23-51696
         First Name   Middle Name   Last Name

**AMENDED**

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

### Part 6: List Certain Losses

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

### Part 7: List Certain Payments or Transfers

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Rountree Leitman Klein & Geer, LLC<br>2987 Clairmont Rd<br>Suite 350<br>Atlanta GA 30329<br>rlkglaw.com | | 02/2023 | $ 7,500.00<br>$ |
| Debtoredu.com<br><br>debtoredu.com | | 02/2023 | $ 14.99<br>$ |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|

| Heidi Stucke | Funds, $25,000.00 | Transfer to wife's account to pay bills | 12/29/2022 |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you  Wife | | | |

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?(These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

**Part 8:**  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy

☑ No
☐ Yes. Fill in the details.

**Part 9:**  Identify Property You Hold or Control for Someone Else

**23.** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

**Part 10:**  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.** Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

**25.** Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No

Case 23-51696-bem    Doc 37    Filed 08/04/23    Entered 08/04/23 17:18:40    Desc Main
Document    Page 15 of 17

AMENDED

Debtor  Matthew Ryan Stucke
        First Name   Middle Name   Last Name

Case number *(if known)* 23-51696

☐ Yes. Fill in the details.

**Part 11:**  **Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name / Address | Describe the nature of the business / Name of accountant or bookkeeper | Employer Identification number / Dates business existed |
|---|---|---|
| ABR Interests, LLC **Business Name**<br>12902 Donegal Lane **Number Street**<br>Alpharetta  GA   30004<br>City   State   ZIP Code | Real Estate Holding Company - never held property<br>**Name of accountant or bookkeeper** | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From 05/03/2021  To 05/03/2023 |
| Matt Stucke LLC **Business Name**<br>Macrocarpa Private Wealth **Number Street**<br>12902 Donegal Lane<br>Milton  GA   30004-8104<br>City   State   ZIP Code | Macrocarpa Private Wealth<br>**Name of accountant or bookkeeper**<br>1800 Accountant | EIN: 8 5 – 2 5 9 3 4 4 2<br>**Dates business existed**<br>From 08/19/2021  To Current |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

Case 23-51696-bem    Doc 37    Filed 08/04/23    Entered 08/04/23 17:18:40    Desc Main
Document    Page 16 of 17

**AMENDED**

Debtor  Matthew Ryan Stucke
First Name   Middle Name   Last Name

Case number*(if known)* 23-51696

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ /s/ Matthew Ryan Stucke
Signature of Debtor 1

✘ _____
Signature of Debtor 2

Date 08/04/2023

Date _____

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1: Matthew Ryan Stucke

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 23-51696

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Matthew Ryan Stucke
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date 08/04/2023
MM / DD / YYYY

Date _____
MM / DD / YYYY

Official Form 106Dec    Declaration About an Individual Debtor's Schedules