# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 23-51696-BEM | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | MATTHEW RYAN STUCKE | Date Filed (f) or Converted (c): | 02/21/2023 (f) |
| | | § 341(a) Meeting Date: | 03/28/2023 |
| For Period Ending: | 06/30/2024 | Claims Bar Date: | 07/05/2023 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 12902 Donegal Lane, Milton, GA 30004-8104<br>Entire property value: $1,100,000.00<br>Notice of abandonment filed, Dkt # 16. | 550,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 2021 Ford F150, 12560 miles<br>Condition:Excellent;. Entire property value: $80,000.00<br>Notice of abandonment filed, Dkt # 16. | 80,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Household furniture and goods | 5,000.00 | 2,300.00 | | 0.00 | FA |
| 4 | Household electronics (tv, computer monitor, apple watch, iphone, laptop, etc.) | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Signed sports memorabilia | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Golf clubs | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Checking account: Bank of America (Joint Checking) | 7,498.00 | 3,749.00 | | 0.00 | 7,498.00 |
| 9 | Checking account: Bank of America (Business Checking Matt Stucke, LLC). | 2,886.00 | 2,886.00 | | 0.00 | 2,886.00 |
| 10 | Checking account: Truist | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Checking account: Bank of America (Business Checking Matt Stucke, LLC). | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 12 | Checking account: US Bank | 50.00 | 0.00 | | 0.00 | FA |
| 13 | Checking account: JP Morgan | 0.50 | 0.50 | | 0.00 | FA |
| 14 | Savings account: Bank of America (Business Account for Matt Stucke, LLC) | 171.00 | 171.00 | | 0.00 | 171.00 |
| 15 | TD Ameritrade | 5,499.00 | 0.00 | | 0.00 | FA |
| 16 | TD Ameritrade | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Raymond James | 4,100.00 | 2,298.00 | | 0.00 | 4,100.00 |
| 18 | Cambridge | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Matt Stucke, LLC, 100% ownership | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case No.: | 23-51696-BEM | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | MATTHEW RYAN STUCKE | Date Filed (f) or Converted (c): | 02/21/2023 (f) |
| | | § 341(a) Meeting Date: | 03/28/2023 |
| For Period Ending: | 06/30/2024 | Claims Bar Date: | 07/05/2023 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Int. in Ins. policies: Transamerica (u) | 4,059.26 | 2,059.26 | | 0.00 | 4,059.26 |
| 21 | Preference Claims (u) | 238,000.00 | 238,000.00 | | 0.00 | 238,000.00 |
| 22 | Other financial account: Coinbase (u)<br>Added by amended schedules, Dkt # 37. | 3.05 | 3.05 | | 0.00 | 3.05 |
| 23 | Other financial account: Venmo (u)<br>Added by amended schedules, Dkt # 37. | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Other financial account: Binance (u)<br>Added by amended schedules, Dkt # 37. | 20.84 | 20.84 | | 0.00 | 20.84 |
| 25 | Joint Fidelity Brokerage (u)<br>Added by amended schedules, Dkt # 37. | 4.96 | 4.96 | | 0.00 | 4.96 |
| 26 | Joint Fidelity Brokerage (Cambridge) (u)<br>Added by amended schedules, Dkt # 37. | 0.00 | 0.00 | | 0.00 | FA |
| 27 | ABR Interest LLC (50% Interest) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 27 | **Assets** **Totals** (Excluding unknown values) | **$900,692.61** | **$252,492.61** | | **$0.00** | **$257,743.11** |

**Major Activities Affecting Case Closing:**

4/5/2023 - Claims bar date set for 7/5/23.

4/5/2023 - Trustee has identified significant avoidable transfers within the preference period and will be pursuing same.

7/27/2023 - Taylor English employed.

6/30/2024 - A conference is being scheduled with a forensic team of attorney/accountants to determine the documents to request in a Rule 2004 motion to be filed to examine the debtor.

**Initial Projected Date Of Final Report (TFR):** 12/31/2025     **Current Projected Date Of Final Report (TFR):** 12/31/2025